UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-cr-00011-FL

UNITED STATES OF AMERICA

v.                                                          **ORDER**

DAVID CARR

_____

This matter is before the Court on the defendant's unopposed motion to be sentenced by Video Teleconference and to Expedite Sentencing.

For good cause shown and pursuant to E.D.N.C Standing Order In Re: Video Conferencing For Criminal Proceedings Under The CARES ACT and in Light of the COVID-19 Pandemic, 10-SO-7, dated April 1, 2020, the defendant's motion to be sentenced by Video Conferencing is hereby GRANTED IN PART.

Furthermore it is hereby **ORDERED** that the sentencing in this matter be reset for that term of criminal court commencing on June 8, 2020.

**SO ORDERED.**

This 5th day of May, 2020.


LOUISE W. FLANAGAN
United States District Court Judge